545 S.E.2d 556

Calvin Leon HAMLIN

v.

COMMONWEALTH of Virginia.

Record No. 1412–99–2.

Court of Appeals of Virginia.

May 1, 2001.

Gregory W. Franklin, Assistant Public Defender (Office of the Public Defender, on brief), for appellant.

Marla Graff Decker, Assistant Attorney General (Mark L. Earley, Attorney General, on brief), for appellee.

Before: FITZPATRICK, C.J., and BENTON, WILLIS, ELDER, BRAY, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS and AGEE, JJ.

UPON A REHEARING EN BANC

By published opinion dated September 26, 2000, a divided panel of this Court affirmed the judgment of the trial court. *See Hamlin v. Commonwealth*, 33 Va.App. 494, 534 S.E.2d 363 (2000). We stayed the mandate of that decision and granted a rehearing *en banc*.

Upon rehearing *en banc*, it is ordered that the stay of the September 26, 2000 mandate is lifted, and the judgment of the trial court is affirmed for the reasons set forth in the majority panel opinion.

Judge Benton dissents for the reasons set forth in the panel dissent. *See id.* at 503–06, 534 S.E.2d at 367–68.

The Commonwealth shall recover of the appellant an additional fee of $200 for services rendered by the Public Defender on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses. This

amount shall be added to the costs due the Commonwealth in the September 26, 2000 mandate.

This order shall be published and certified to the trial court.